# Exhibit A

## Application to Register Permanent Residence or Adjust Status

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-485
OMB No. 1615-0023
Expires 10/31/2020



APP I485

MSC2190928432   01/21/2021

**Action Block**

DENIED
DHS
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
FEB 03 2025
USCIS
35 05451

Preference Category: E26
Country Chargeable: [redacted]
Priority Date: 01/21/2021
Date Form I-693 Received: 01/21/2021

[X] Applicant Interviewed    [ ] Interview Waived
Date of Initial Interview: 09/15/2021
Lawful Permanent Resident as of: _____

Section of Law:
[ ] INA 209(a)    [ ] INA 249
[ ] INA 209(b)    [ ] Sec. 13, Act of 9/11/57
[X] INA 245(a)    [ ] Cuban Adjustment Act
[ ] INA 245(i)    [ ] Other
[ ] INA 245(m)

### To be completed by an attorney or accredited representative (if any).

[✓] Select this box if Form G-28 is attached.

**Volag Number** (if any): 

**Attorney State Bar Number** (if applicable): 896640

**Attorney or Accredited Representative USCIS Online Account Number** (if any): 

▶ **START HERE** - Type or print in black ink.

A-Number ▶ A- [redacted]

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

### Part 1. Information About You (individual applying for lawful permanent residence)

**Your Current Legal Name** (do not provide a nickname)

1.a. Family Name (Last Name): SCATTURICE
1.b. Given Name (First Name): LEONARDO
1.c. Middle Name: ORLANDO

3.a. Family Name (Last Name): N/A
3.b. Given Name (First Name): N/A
3.c. Middle Name: N/A

4.a. Family Name (Last Name): N/A
4.b. Given Name (First Name): N/A
4.c. Middle Name: N/A

**Other Names You Have Used Since Birth** (if applicable)

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

2.a. Family Name (Last Name): N/A
2.b. Given Name (First Name): N/A
2.c. Middle Name: N/A

**Other Information About You**

5. Date of Birth (mm/dd/yyyy): [redacted]

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information**.

6. Gender: [ ] Male  [■] Female

7. City or Town of Birth: [redacted]

---

Form I-485  Edition 10/15/19



Page 1 of 20